In the Matter of the Claim of IRENE TURANO against MYRNA WIGHTMAN, Doing Business under the Name of TALLY GOWNS, Respondent.

FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Appellant.

Submitted May 20, 1941; decided June 12, 1941.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein, W. Gerard Ryan* and *Francis R. Curran* of counsel), for appellant.

*Joseph C. Victor* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.